

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00165-CR

JUAN TREVINO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 421st District Court
Caldwell County, Texas
Trial Court No. 14-027

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Court reporter Aisha White-Thompson recorded the trial court proceedings in appellate cause number 06-15-00165-CR, styled *Juan Trevino v. The State of Texas*, trial court cause number 14-027 in the 421st Judicial District Court of Caldwell County, Texas.[1] A copy of that record has been requested by Robert E. McDougall.

Prior to releasing the reporter's record, we asked White-Thompson to redact sensitive data from the record. *See* TEX. R. APP. P. 9.10. White-Thompson has respectfully requested an order from this Court requiring the redaction.

Sensitive data includes

> (1) [a] driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number;
>
> (2) bank account number, credit card number, and other financial account number;
>
> (3) a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.

TEX. R. APP. 9.10(a). Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." Further, "[t]he filing of a document constitutes a certification by the filer that the document complies with paragraphs (a) and (b) of this rule." TEX. R. APP. P. 9.10(e).

---

[1] Originally appealed to the Third Court of Appeals in Austin, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

Having determined that volumes one, two, three, four, five, and six of the reporter's record include the name of a person who was a minor at the time the offense was committed and that volume eight of the reporter's record includes the name and birth date of a person who was a minor when the offense was committed, we hereby order White-Thompson to redact volumes one through six and volume eight of any and all sensitive data included in those records.

The redacted reporter's record is to be received no later than Thursday, April 11, 2019.

IT IS SO ORDERED.

BY THE COURT

Date:   March 13, 2019